

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of N.T., a child,

No. 11-18-00280-CV

* From the 29th District Court
of Palo Pinto County
Trial Court No. C47218.

* April 10, 2019

* Memorandum Opinion by Stretcher, J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J., sitting
by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.